UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X   Case No.: 1:22-cv-02444

KEEFE FULLER,

                    Plaintiff,

      - against -

THE NEW YORK PUBLIC LIBRARY,

                    Defendant.
-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

       To the clerk of this court and all parties of record: Please enter my appearance as a counsel for Plaintiff in the herein action.  I certify that I am admitted to practice in this court.

Dated:    Garden City, New York
            October 4, 2022

                                               /s/ Joshua M. Friedman, Esq.
                                       Joshua M. Friedman, Esq.
                                        PHILLIPS & ASSOCIATES
                                        ATTORNEYS AT LAW, PLLC
                                        585 Stewart Avenue, Suite 410
                                        Garden City, New York 11530
                                        Tel: (212) 248-7431
                                        Fax: (212) 901-2107
                                        Jfriedman@tpglaws.com